UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61652-CIV-GOLD/GOODMAN

MDS (CANADA), INC., BEST
THERATRONICS, LTD., and
BEST MEDICAL INTERNATIONAL, INC.,

    Plaintiffs,

v.

RAD SOURCE TECHNOLOGIES, INC.,

    Defendant.
_____/

### ENTRY OF JUDGMENT

This case was tried without a jury with the Honorable Alan S. Gold presiding, and it is ORDERED that, in accordance with Fed. R. Civ. P. 58, the Preliminary Order Following Non-Jury Trial **[ECF No. 330]**, and the Findings of Fact and Conclusions of Law Following Non-Jury Trial, Plaintiffs MDS (Canada), Inc., Best Theratronics, Ltd., and Best Medical International, Inc.'s (collectively "Plaintiffs") and Defendant Rad Source Technologies, Inc. recover nothing by way of damages, attorneys' fees, and costs, and the action be dismissed on the merits.

This case is CLOSED.

BY COURT ORDER at Miami, Florida this 30 day of September, 2011.

STEVEN M. LARIMORE
Clerk of Court

By: LYNN SUROWIEC
Deputy Clerk