# EXHIBIT A

CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:07-cv-00871-VMC-TBM

Hetrick et al v. Ideal Image Development Corporation
Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Thomas B. McCoun III
Case in other court: USCA 11th Circuit, 09-10762-E
       State Court-04/26/07, 07-4959 DIV I
Cause: 28:1332 Diversity-Other Contract

Date Filed: 05/21/2007
Date Terminated: 03/04/2011
Jury Demand: Plaintiff
Nature of Suit: 196 Contract: Franchise
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2011 | 237 | ORDER: The Report and Recommendation 236 is ACCEPTED and ADOPTED. Defendant's Motion for Entitlement to Attorneys' Fees 231 is DENIED. Signed by Judge Virginia M. Hernandez Covington on 8/15/2011. (CAC) (Entered: 08/15/2011) |
| 07/26/2011 | 236 | REPORT AND RECOMMENDATION re 231 motion for attorney fees filed by Ideal Image Development Corporation. Signed by Magistrate Judge Thomas B. McCoun III on 7/26/2011. (SLB) (Entered: 07/26/2011) |
| 03/23/2011 | 235 | MEMORANDUM in opposition re 231 Motion for attorney fees *AND MEMORANDUM OF LAW* filed by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 03/23/2011) |
| 03/15/2011 | 234 | NOTICE of exhibits placed in the exhibit room (Jury trial - 1 folder, 1 binder) (JLH) (Entered: 03/17/2011) |
| 03/15/2011 | 233 | AMENDED EXHIBIT LIST by Ideal Image Development Corporation of Exhibits admitted during trial.(LS) (Entered: 03/15/2011) |
| 03/15/2011 | 232 | AMENDED EXHIBIT LIST by Cindy Hetrick and Randy Hetrick of Exhibits admitted during trial.(LS) (Entered: 03/15/2011) |
| 03/09/2011 | 231 | MOTION for attorney fees *and Supporting Memorandum of Law* by Ideal Image Development Corporation. (Ward, Laura) (Entered: 03/09/2011) |
| 03/03/2011 | 230 | JUDGMENT in favor of Ideal Image Development Corporation against Cindy Hetrick, Randy Hetrick. Signed by Judge Virginia M. Hernandez Covington on 3/3/2011. (LS) (Entered: 03/03/2011) |
| 03/03/2011 | 226 | ENDORSED ORDER denying as moot 222 Ideal Image's motion for judgment as a matter of law; denying as moot 224 Ideal Image's motion for judgment as a matter of law. Signed by Judge Virginia M. Hernandez Covington on 3/3/2011. (SAL) (Entered: 03/03/2011) |

| 03/02/2011 | 229 | JURY VERDICT. (LS) (Entered: 03/03/2011) |
|---|---|---|
| 03/02/2011 | 228 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington of Day Three of JURY TRIAL completed on 3/2/2011. Trial concluded. Court Reporter: Paul Spangler (LS) (Entered: 03/03/2011) |
| 03/01/2011 | 227 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington of Day Two of JURY TRIAL held on 3/1/2011. Presentation of evidence concluded. Court Reporter: Paul Spangler (LS) (Entered: 03/03/2011) |
| 02/28/2011 | 225 | ORAL ORDER of ruling deferred on 224 Oral Motion for judgment as a Matter of Law. Signed by Judge Virginia M. Hernandez Covington on 02/28/2011. (LS) (Entered: 03/02/2011) |
| 02/28/2011 | 224 | ORAL MOTION for Judgment as a Matter of Law under Rule 50 by Ideal Image Development Corporation. (LS) (Entered: 03/02/2011) |
| 02/28/2011 | 223 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington of DAY ONE OF JURY TRIAL held on 2/28/2011. Court Reporter: Paul Spangler (LS) (Entered: 03/02/2011) |
| 02/28/2011 | 222 | MOTION for Judgment as a Matter of Law *and Memorandum in Support* by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/28/2011) |
| 02/28/2011 | 221 | AMENDED WITNESS LIST by Randy Hetrick. (Sharpe, Kimberly) Modified on 2/28/2011 adding text "amended" (LYB). (Entered: 02/28/2011) |
| 02/27/2011 | 220 | EXHIBIT LIST *as Amended* by Cindy Hetrick, Randy Hetrick.. (Sharpe, Kimberly) (Entered: 02/27/2011) |
| 02/22/2011 | 219 | WITNESS LIST by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/22/2011) |
| 02/22/2011 | 218 | EXHIBIT LIST *Amended* by Ideal Image Development Corporation.. (Ward, Laura) (Entered: 02/22/2011) |
| 02/17/2011 | 217 | ORDER: The Hetricks' Motion in Limine to Exclude Testimony of Mark C. Seibert 177 is denied. Signed by Judge Virginia M. Hernandez Covington on 2/17/2011. (KAK) (Entered: 02/17/2011) |
| 02/16/2011 | 216 | AMENDED Jury Instructions by Ideal Image Development Corporation. (Ward, Laura) Modified on 2/16/2011 amending text(LYB). (Entered: 02/16/2011) |
| 02/16/2011 | 215 | AMENDED DOCUMENT by Ideal Image Development Corporation. *Defendant's Amended Statement of the Nature of the Action.* (Ward, Laura) (Entered: 02/16/2011) |
| 02/16/2011 | 214 | RESPONSE re 210 Order *on Necessity of Daubert Hearing* filed by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/16/2011) |
| 02/16/2011 | 213 | *** DOCUMENT TERMINATED, IMAGE DELETED re DISCOVERY, COUNSEL NOTIFIED NOT TO FILE DISCOVERY *** PROOF of service by |

| | | Ideal Image Development Corporation (Ward, Laura) Modified on 2/16/2011 (LYB). (Entered: 02/16/2011) |
|---|---|---|
| 02/15/2011 | 212 | ORDER: Ideal Image's 179 Motion in Limine Regarding the Jury's Verdict is GRANTED IN PART and DENIED IN PART as detailed herein. Ideal Image's 180 Motion in Limine to Preclude Evidence Contradicting Stipulated Facts is DENIED WITHOUT PREJUDICE. Ideal Image's 181 Motion in Limine to Prohibit Certain Damages Evidence is DENIED. Signed by Judge Virginia M. Hernandez Covington on 2/15/2011. (SAL) (Entered: 02/15/2011) |
| 02/14/2011 | 211 | RESPONSE re 210 Order *Regarding Daubert Hearing* filed by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/14/2011) |
| 02/14/2011 | 210 | ENDORSED ORDER: This matter comes before the Court pursuant to 177 the Hetricks' motion in limine to exclude the testimony of Mark C. Siebert. At the January 13, 2011, pretrial conference in this matter, the Court asked the parties to address whether a Daubert hearing is necessary, or whether this matter could be resolved based on the pleadings alone. The parties are directed to advise the Court as to their respective preferences regarding whether a Daubert hearing is necessary on or before February 16, 2011, at noon. Signed by Judge Virginia M. Hernandez Covington on 2/14/2011. (SAL) (Entered: 02/14/2011) |
| 02/08/2011 | 209 | PROOF of service by Ideal Image Development Corporation (Ward, Laura) (Entered: 02/08/2011) |
| 02/07/2011 | 208 | ORDER: The parties' 186 Joint Motion to Schedule Trial During the Week of February 28, 2011 is DENIED. Signed by Judge Virginia M. Hernandez Covington on 2/7/2011. (SAL) (Entered: 02/07/2011) |
| 02/04/2011 | 207 | TRIAL CALENDAR for trial term of February, 2011. Signed by Judge Virginia M. Hernandez Covington on 2/4/2011. (LS) (Entered: 02/04/2011) |
| 02/04/2011 | 206 | EXHIBIT LIST *Corrected Amended* by Ideal Image Development Corporation.. (Ward, Laura) (Entered: 02/04/2011) |
| 02/04/2011 | 205 | EXHIBIT LIST *Amended* by Ideal Image Development Corporation.. (Ward, Laura) (Entered: 02/04/2011) |
| 02/03/2011 | 204 | PRETRIAL ORDER. Signed by Judge Virginia M. Hernandez Covington on 2/3/2011. (LS) (Entered: 02/03/2011) |
| 02/02/2011 | 203 | RESPONSE to motion re 181 MOTION in limine regarding to Prohibit Certain Damages Evidence and Memorandum in Support filed by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |
| 02/02/2011 | 202 | RESPONSE to motion re 180 MOTION in limine regarding to Preclude Evidence Contradicting Stipulated Facts and Memorandum in Support filed by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |
| 02/02/2011 | 201 | RESPONSE to motion re 179 MOTION in limine regarding the Prior Jury's Verdict filed by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |

| 02/02/2011 | 200 | PROPOSED voir dire questions by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |
| 02/02/2011 | 199 | PROPOSED verdict form filed byCindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |
| 02/02/2011 | 198 | PROPOSED jury instructions by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |
| 02/02/2011 | 197 | STATEMENT of the case for trial by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/02/2011) |
| 02/02/2011 | 196 | ENDORSED ORDER granting 190 Randy and Cindy Hetrick's Motion for Enlargement of Time to Respond to Defendant's Motions in Limine up to and including February 2, 2011. Signed by Judge Virginia M. Hernandez Covington on 2/2/2011. (SAL) (Entered: 02/02/2011) |
| 02/02/2011 | 195 | TRIAL BRIEF *Regarding Market Value* by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/02/2011) |
| 02/02/2011 | 194 | STATEMENT of the case for trial by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/02/2011) |
| 02/02/2011 | 193 | PROPOSED voir dire questions by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/02/2011) |
| 02/02/2011 | 192 | PROPOSED verdict form filed byIdeal Image Development Corporation. (Ward, Laura) (Entered: 02/02/2011) |
| 02/02/2011 | 191 | PROPOSED jury instructions by Ideal Image Development Corporation. (Ward, Laura) (Entered: 02/02/2011) |
| 02/01/2011 | 190 | MOTION for extension of time to file response/reply as to 180 MOTION in limine regarding to Preclude Evidence Contradicting Stipulated Facts and Memorandum in Support, 181 MOTION in limine regarding to Prohibit Certain Damages Evidence and Memorandum in Support, 179 MOTION in limine regarding the Prior Jury's Verdict by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 02/01/2011) |
| 02/01/2011 | 189 | ORDER granting 187 Randy and Cindy Hetrick's Motion for Permission to Bring Laptop Computers and Cellular Telephones into the United States Courthouse, consistent with the restrictions and guidelines detailed herein. Signed by Judge Virginia M. Hernandez Covington on 2/1/2011. (SAL) (Entered: 02/01/2011) |
| 01/31/2011 | 188 | ORDER granting 183 Ideal Image Development Corporation's Motion for Permission to Bring Electronic Equipment into the United States Courthouse, consistent with the restrictions and guidelines detailed herein. Signed by Judge Virginia M. Hernandez Covington on 1/31/2011. (SAL) (Entered: 01/31/2011) |
| 01/31/2011 | 187 | MOTION to allow electronic equipment, specifically for Permission to Bring Laptop Computers and Cellular Telephones Inside the Courthouse by CIRA Corp, Cindy |

| | | Hetrick, Randy Hetrick. (Sharpe, Kimberly) Modified on 1/31/2011 amending event code and text(LYB). (Entered: 01/31/2011) |
|---|---|---|
| 01/31/2011 | 186 | Joint MOTION for miscellaneous relief, specifically to Schedule Trial During week of February 28, 2011 by Cindy Hetrick, Randy Hetrick, Ideal Image Development Corporation. (Ward, Laura) (Entered: 01/31/2011) |
| 01/26/2011 | 184 | MEMORANDUM in opposition re 177 Motion in limine *and Memorandum of Law in Support* filed by Ideal Image Development Corporation. (Ward, Laura) (Entered: 01/26/2011) |
| 01/26/2011 | 183 | Unopposed MOTION for miscellaneous relief, specifically for Permission to Bring Electronic Equipment into Court by Ideal Image Development Corporation. (Attachments: # 1 Text of Proposed Order)(Ward, Laura) (Entered: 01/26/2011) |
| 01/24/2011 | 182 | NOTICE by Ideal Image Development Corporation *of Filing Deposition Designations* (Attachments: # 1 Attachment)(Ward, Laura) (Entered: 01/24/2011) |
| 01/18/2011 | 181 | MOTION in limine regarding to Prohibit Certain Damages Evidence and Memorandum in Support by Ideal Image Development Corporation. (Ward, Laura) (Entered: 01/18/2011) |
| 01/18/2011 | 180 | MOTION in limine regarding to Preclude Evidence Contradicting Stipulated Facts and Memorandum in Support by Ideal Image Development Corporation. (Attachments: # 1 Exhibit A)(Ward, Laura) (Entered: 01/18/2011) |
| 01/18/2011 | 179 | MOTION in limine regarding the Prior Jury's Verdict by Ideal Image Development Corporation. (Ward, Laura) (Entered: 01/18/2011) |
| 01/13/2011 | 185 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington of FINAL PRETRIAL CONFERENCE held on 1/13/2011. Court Reporter: Paul Spangler (LS) (Entered: 01/27/2011) |
| 01/12/2011 | 178 | EXHIBIT LIST *Amended* by Ideal Image Development Corporation.. (Ward, Laura) (Entered: 01/12/2011) |
| 01/11/2011 | 177 | MOTION in limine regarding to exclude Mark C. Siebert by Cindy Hetrick, Randy Hetrick. (Attachments: # 1 Exhibit)(Sharpe, Kimberly) (Entered: 01/11/2011) |
| 01/07/2011 | 176 | EXHIBIT LIST *OBJECTIONS* by Cindy Hetrick, Randy Hetrick.. (Sharpe, Kimberly) (Entered: 01/07/2011) |
| 01/06/2011 | 175 | PRETRIAL STATEMENT by Cindy Hetrick, Randy Hetrick, Ideal Image Development Corporation. (Attachments: # 1 Exhibit A- Plaintiffs' Exhibit List, # 2 Exhibit B- Defendant's Exhibit List, # 3 Exhibit C- Defendant's Objections to Plaintiffs' Exhibit List)(Ward, Laura) (Entered: 01/06/2011) |
| 12/21/2010 | 174 | ORDER: 163 Ideal Image Development Corporation's Motion for Final Summary Judgment is DENIED. 165 Randy and Cindy Hetrick's Motion for Partial Summary Judgment as to the first element of their Florida Deceptive and Unfair Trade Practices Act claim is DENIED. Ideal Image's affirmative defenses C and F are withdrawn. Randy and Cindy Hetrick's Motion for Partial Summary Judgment as to Ideal Image's |

| | | |
|---|---|---|
| | | affirmative defense B is GRANTED. Signed by Judge Virginia M. Hernandez Covington on 12/21/2010. (SAL) (Entered: 12/21/2010) |
| 11/15/2010 | 173 | REPLY to response to motion re 163 Final MOTION for summary judgment *and Supporting Memorandum of Law* filed by Ideal Image Development Corporation. (Ward, Laura) (Entered: 11/15/2010) |
| 11/10/2010 | 172 | ENDORSED ORDER: 171 Defendant Ideal Image's Motion for Leave to File Reply Memorandum is granted. The Court acknowledges that Ideal Image's request to file a reply memorandum is opposed; nevertheless, the Court determines that a reply memorandum will assist the Court in assessing the merits of the underlying motion. Accordingly, Ideal Image may file a reply memorandum, limited to five pages, within five days of the date of this order. Signed by Judge Virginia M. Hernandez Covington on 11/10/2010. (SAL) (Entered: 11/10/2010) |
| 11/09/2010 | 171 | MOTION for leave to file to file Reply Memorandum by Ideal Image Development Corporation. (Ward, Laura) (Entered: 11/09/2010) |
| 11/09/2010 | 170 | ORDER granting 167 Plaintiffs Randy and Cindy Hetrick's Motion for Enlargement of Time to Respond to Defendant Ideal Image Development Corporation's Motion for Summary Judgment, up to and including November 5, 2010. Signed by Judge Virginia M. Hernandez Covington on 11/9/2010. (SAL) (Entered: 11/09/2010) |
| 11/05/2010 | 169 | RESPONSE in opposition re 163 Final MOTION for summary judgment *and Supporting Memorandum of Law* filed by Cindy Hetrick, Randy Hetrick. (Attachments: # 1 Exhibit, # 2 Exhibit)(Sharpe, Kimberly) (Entered: 11/05/2010) |
| 11/05/2010 | 168 | RESPONSE in opposition re 167 MOTION for extension of time to file response/reply as to 163 Final MOTION for summary judgment *and Supporting Memorandum of Law and Memorandum in Support* filed by Ideal Image Development Corporation. (Ward, Laura) (Entered: 11/05/2010) |
| 11/05/2010 | 167 | MOTION for extension of time to file response/reply as to 163 Final MOTION for summary judgment *and Supporting Memorandum of Law* by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 11/05/2010) |
| 10/29/2010 | 166 | MEMORANDUM in opposition re 165 Motion for summary judgment *on Count II and Affirmative Defenses A-D and F* filed by Ideal Image Development Corporation. (Ward, Laura) (Entered: 10/29/2010) |
| 10/15/2010 | 165 | MOTION for summary judgment by Cindy Hetrick, Randy Hetrick. (Sharpe, Kimberly) (Entered: 10/15/2010) |
| 10/15/2010 | 164 | DECLARATION of David A. Burns re 163 Final MOTION for summary judgment *and Supporting Memorandum of Law* by Ideal Image Development Corporation. (Ward, Laura) (Entered: 10/15/2010) |
| 10/15/2010 | 163 | Final MOTION for summary judgment *and Supporting Memorandum of Law* by Ideal Image Development Corporation. (Attachments: # 1 Exhibit Expert Report of Mark Siebert)(Ward, Laura) (Entered: 10/15/2010) |

| 10/13/2010 | 162 | NOTICE by Ideal Image Development Corporation *of Serving Expert Report* (Ward, Laura) (Entered: 10/13/2010) |
| 07/14/2010 | 161 | *Defendant's* ANSWER and affirmative defenses to Complaint *Count II of Plaintiffs' Second Amended Complaint* by Ideal Image Development Corporation.(Ward, Laura) (Entered: 07/14/2010) |
| 06/24/2010 | 160 | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 9/16/2010, Dispositive motions due by 10/15/2010, Pretrial statement due by 1/6/2011. Final Pretrial Conference set for 1/13/2011 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Jury Trial set during the Court's February 2011 trial term at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 6/24/2010. (LS) Modified on 6/24/2010 (LS). (Entered: 06/24/2010) |
| 06/24/2010 | 159 | ORAL ORDER granting 158 Oral Motion Protection from Trial during the week of February 7, 2011. Signed by Judge Virginia M. Hernandez Covington on 6/24/2010. (LS) (Entered: 06/24/2010) |
| 06/24/2010 | 158 | ORAL MOTION for Protection of trial during the week of February 7, 2011 by CIRA Corp, Cindy Hetrick, Randy Hetrick. (LS) (Entered: 06/24/2010) |
| 06/24/2010 | 157 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington of Status Conference held on 6/24/2010. Court sets deadlines in this matter. Trial set for the February, 2011 trial term. Answer to the complaint to be filed by July 16, 2010. See case management & scheduling order for details. Court Reporter: Paul Spangler (LS) (Entered: 06/24/2010) |
| 06/22/2010 | 156 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 06/23/2010 is rescheduled. New scheduling date and time: Status Conference set for 6/24/2010 at 11:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. ALL PARTIES TELEPHONICALLY NOTIFIED.(LS) (Entered: 06/22/2010) |
| 06/11/2010 | 155 | NOTICE of Hearing: Status Conference set for 6/23/2010 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington.(LS) (Entered: 06/11/2010) |
| 05/20/2010 | 154 | NOTICE by Ideal Image Development Corporation *of Withdrawal of Appearance of S. Douglas Knox* (Ward, Laura) (Entered: 05/20/2010) |
| 05/20/2010 | 153 | NOTICE of Appearance by Laura E. Ward on behalf of Ideal Image Development Corporation (Ward, Laura) (Entered: 05/20/2010) |
| 05/18/2010 | 152 | MANDATE of USCA AFFIRMED IN PART, REVERSED IN PART, AND REMANDED as to 138 Notice of appeal filed by Cindy Hetrick, Randy Hetrick. EOD: 4/15/10. Issued as Mandate: 5/14/10. ROA returned and consists of: volume of pleadings: 1, volume of transcripts: 2, volume of exhibits: 4 (2- Documentary Folders; 2- Trial Binders). USCA number: 09-10762-EE. (EJC) (Entered: 05/18/2010) |

| | | |
|---|---|---|
| 06/22/2009 | 151 | AMENDED ORDER amending Doc. 150. Order was not complete. Signed by Judge Virginia M. Hernandez Covington on 6/22/2009.(ACD) (Entered: 06/22/2009) |
| 06/22/2009 | 150 | DOCUMENT MISSING PAGES SEE 151 FOR CORRECT ORDER. Order denying without prejudice 135 Motion for Attorney Fees. Signed by Judge Virginia M. Hernandez Covington on 6/22/2009. (ACD) Modified on 6/23/2009 (BSN). (Entered: 06/22/2009) |
| 06/01/2009 | | ACKNOWLEDGMENT by USCA of receiving record on appeal volume of pleadings: 1, volume of transcripts: 2, volume of exhibits: 4 (2- Documentary Folders; 2- Trial Binders) on 5/27/09 re 138 Notice of appeal. USCA number: 09-10762-EE. (EJC) (Entered: 06/01/2009) |
| 05/22/2009 | | RECORD on appeal sent to USCA re 138 Notice of appeal. Transmittal includes certified copy of docket sheet, volume of pleadings: 1, volume of transcripts: 2, volume of exhibits: 4 (2- Documentary Folders; 2- Trial Binders). USCA number 09-10762-EE (EJC) (Entered: 05/22/2009) |
| 03/31/2009 | | ACKNOWLEDGMENT by USCA of receiving certificate of readiness, ROA consists of: volume of pleadings: 1 volume of transcripts: 2 volume of exhibits: 4, on 3/25/09 re 138 Notice of appeal. USCA number: 09-10762-EE. (EJC) (Entered: 03/31/2009) |
| 03/23/2009 | 149 | CERTIFICATE of readiness sent to USCA re: 138 Notice of appeal. ROA consists of: volume of pleadings: 1 volume of transcripts: 2 volume of exhibits: 4. USCA number: 09-10762-EE (EJC) (Entered: 03/23/2009) |
| 03/09/2009 | | Set deadline re 138 Notice of appeal : Certificate of readiness due by 3/23/2009 (DLV) (Entered: 03/09/2009) |
| 03/09/2009 | 148 | NOTIFICATION that 2 transcripts have been filed by Paul Spangler re: 138 Notice of appeal USCA number: 09-10762-E (DLV) (Entered: 03/09/2009) |
| 03/09/2009 | 147 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPTS. (Excerpts of Trial Proceedings of January 5 and 6, 2009)(Trial Testimony of Randy and Cindy Hetrick) The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of these transcripts. If no such Notice is filed, the transcripts may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcripts to review for redaction purposes may purchase a copy from the court reporter or view the documents at the clerk's office public terminal. Court Reporter: Paul Spangler (PS) (Entered: 03/09/2009) |
| 03/09/2009 | 146 | TRANSCRIPT of Excerpts of Trial Proceedings (Trial Testimony of Randy and Cindy Hetrick) held on January 6, 2009 before Judge Virginia H. Covington re 138 Notice of appeal. Court Reporter/Transcriber Paul K. Spangler, Telephone number 8133015898. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/30/2009, Redacted Transcript Deadline set for 4/9/2009, Release of Transcript Restriction set for 6/8/2009. (PS) (Entered: 03/09/2009) |

| 03/09/2009 | 145 | TRANSCRIPT of Excerpt of Trial Proceedings held on January 5, 2009 before Judge Virginia H. Covington re 138 Notice of appeal. Court Reporter/Transcriber Paul K. Spangler, Telephone number 8133015898. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/30/2009, Redacted Transcript Deadline set for 4/9/2009, Release of Transcript Restriction set for 6/8/2009. (PS) (Entered: 03/09/2009) |
| 03/05/2009 | 144 | COURT REPORTER ACKNOWLEDGMENT by Paul Spangler re 138 Notice of appeal Estimated transcripts filing date: 04/03/09. USCA number: 09-10762-E. (DLV) (Entered: 03/05/2009) |
| 03/04/2009 | 143 | TRANSCRIPT information form filed by Randy Hetrick, Cindy Hetrick for proceedings held on 01/05/2009 and 01/06/2009 before Judge Virginia M. Hernandez Covington re 138 Notice of appeal. USCA number: 09-10762-E. (Sharpe, Kimberly) (Entered: 03/04/2009) |
| 02/18/2009 | 142 | ORDER: Ideal Image's motion for entitlement to attorney's fees and taxable costs 135 is STAYED pending the resolution of the Hetricks' appeal. See Order for details. Signed by Judge Virginia M. Hernandez Covington on 2/18/2009. (KAK) (Entered: 02/18/2009) |
| 02/18/2009 | 141 | ENDORSED ORDER granting 140 Defendant's unopposed motion for leave to file a reply to Plaintiffs' response in opposition to Defendant's motion for entitlement to attorneys' fees and taxable costs. Defendant's reply, limited to four pages, shall be filed within seven days of the date of this order. Signed by Judge Virginia M. Hernandez Covington on 2/18/2009. (KAK) (Entered: 02/18/2009) |
| 02/17/2009 | 140 | Unopposed MOTION for leave to file REPLY TO 139 PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES by Ideal Image Development Corporation. (Knox, Steven) Modified on 2/18/2009 adding link to response (LYB). (Entered: 02/17/2009) |
| 02/13/2009 | 139 | RESPONSE in opposition re 135 MOTION for attorney fees *AND SUPPORTING MEMORANDUM OF LAW* filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 02/13/2009) |
| 02/12/2009 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 138 Notice of appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (EJC) (Entered: 02/12/2009) |
| 02/11/2009 | | USCA appeal fees received $455 receipt number T049246 re 138 Notice of appeal filed by Cindy Hetrick, Randy Hetrick (DLV) (Entered: 02/11/2009) |
| 02/10/2009 | 138 | NOTICE OF APPEAL as to 36 Order on motion to dismiss by Randy Hetrick, Cindy Hetrick. (Filing fee not paid) (Attachments: # 1 Exhibit Order [Dkt 36], # 2 Exhibit Final Judgment)(Sharpe, Kimberly) (Entered: 02/10/2009) |

| 02/03/2009 | 137 | BILL OF COSTS taxed against Randy Hetrick & Cindy Hetrick in the amount of 4,684.29. Signed by Deputy Clerk. (LS) (Entered: 02/03/2009) |
| 01/28/2009 | 136 | CERTIFICATE OF SERVICE by Ideal Image Development Corporation re 134 Bill of costs - proposed (Knox, Steven) (Entered: 01/28/2009) |
| 01/27/2009 | 135 | MOTION for attorney fees *AND SUPPORTING MEMORANDUM OF LAW* by Ideal Image Development Corporation. (Attachments: # 1 Exhibit)(Knox, Steven) (Entered: 01/27/2009) |
| 01/27/2009 | 134 | PROPOSED BILL OF COSTS by Ideal Image Development Corporation. (Attachments: # 1 Supplement Itemization and Documentation for Requested Costs) (Knox, Steven) (Entered: 01/27/2009) |
| 01/15/2009 | 133 | NOTICE of exhibits placed in the exhibit room (2 binders - jury trial) (JLH) (Entered: 01/16/2009) |
| 01/15/2009 | 132 | WITNESS LIST by Ideal Image Development Corporation. (LS) (Entered: 01/15/2009) |
| 01/15/2009 | 131 | EXHIBIT LIST by Ideal Image Development Corporation of exhibits admitted during trial. (LS) (Entered: 01/15/2009) |
| 01/15/2009 | 130 | EXHIBIT LIST by Randy Hetrick, Cindy Hetrick of exhibits admitted during trial. (LS) (Entered: 01/15/2009) |
| 01/13/2009 | 129 | JUDGMENT. Signed by Deputy Clerk on 1/13/2009. (LS) (Entered: 01/13/2009) |
| 01/13/2009 | 128 | COURT'S JURY INSTRUCTIONS. (LS) (Entered: 01/13/2009) |
| 01/07/2009 | 127 | JURY VERDICT. (LS) (Entered: 01/13/2009) |
| 01/07/2009 | 126 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington. DAY THREE OF JURY TRIAL completed on 1/7/2009. Verdict is reached. Court Reporter: Paul Spangler (LS) (Entered: 01/13/2009) |
| 01/07/2009 | 125 | VIDEOCONFERENCED DEPOSITION of John Pace taken on 8/27/08 (LYB) (Entered: 01/07/2009) |
| 01/07/2009 | 124 | MOTION for Judgment as a Matter of Law by Ideal Image Development Corporation. (Knox, Steven) (Entered: 01/07/2009) |
| 01/06/2009 | 123 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington: DAY 2 OF JURY TRIAL held on 1/6/2009. Court Reporter: Paul Spangler (LS) (Entered: 01/06/2009) |
| 01/05/2009 | 122 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington: DAY ONE OF JURY TRIAL & Voir Dire held on 1/5/2009. Court Reporter: Paul Spangler (LS) (Entered: 01/06/2009) |
| 01/05/2009 | 121 | DEPOSITION of DEPOSITION DESIGNATIONS OF JOHN PACE taken on AUGUST 27, 2008 by CIRA Corp, Randy Hetrick, Cindy Hetrick.(Pope, F.) (Entered: 01/05/2009) |

| | | |
|---|---|---|
| 01/05/2009 | 120 | ORDER: Plaintiffs' motion in limine regarding standing 115 is DENIED. Signed by Judge Virginia M. Hernandez Covington on 1/5/2009. (KAK) (Entered: 01/05/2009) |
| 01/05/2009 | 119 | ORDER: Defendant's corrected motion in limine regarding punitive damages 117 is DENIED. Signed by Judge Virginia M. Hernandez Covington on 1/5/2009. (KAK) (Entered: 01/05/2009) |
| 01/02/2009 | 118 | RESPONSE in opposition re 115 MOTION in limine regarding standing filed by Ideal Image Development Corporation. (Knox, Steven) (Entered: 01/02/2009) |
| 01/02/2009 | 117 | Amended MOTION in limine *Correction of Docket # 116 and Memorandum in Support* regarding Plaintiffs' reference to punitive damages by Ideal Image Development Corporation. (Knox, Steven) (Entered: 01/02/2009) |
| 01/02/2009 | 116 | COUNSEL CALLED WRONG DOCUMENT FILED SEE DKT. 117 . Amended MOTION in limine *(corrected) and Memorandum in Support* regarding Plaintiffs' reference to punitive damages by Ideal Image Development Corporation. (Knox, Steven) Modified on 1/2/2009 (BSN). (Entered: 01/02/2009) |
| 12/31/2008 | 115 | MOTION in limine regarding standing by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 12/31/2008) |
| 12/31/2008 | 114 | RESPONSE to motion re 109 MOTION in limine regarding Plaintiffs' reference to punitive damages filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 12/31/2008) |
| 12/31/2008 | 113 | ORDER granting 110 motion to allow electronic equipment; granting 111 motion to allow electronic equipment. See order for details. Signed by Judge Virginia M. Hernandez Covington on 12/31/2008. (MTD) (Entered: 12/31/2008) |
| 12/30/2008 | 112 | ORDER: Defendant's Motion to Reconsider and Alternative Request to Certify an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) 96 is DENIED. See Order for details. Signed by Judge Virginia M. Hernandez Covington on 12/30/2008. (KAK) (Entered: 12/30/2008) |
| 12/30/2008 | 111 | Unopposed MOTION to allow electronic equipment, specifically laptop computers and cellular phones by Ideal Image Development Corporation. (Knox, Steven) (Entered: 12/30/2008) |
| 12/30/2008 | 110 | Unopposed MOTION to allow electronic equipment, specifically Laptop Computers and Cellular Telephones by all plaintiffs. (Sharpe, Kimberly) (Entered: 12/30/2008) |
| 12/30/2008 | 109 | MOTION in limine regarding Plaintiffs' reference to punitive damages by Ideal Image Development Corporation. (Knox, Steven) (Entered: 12/30/2008) |
| 12/30/2008 | 108 | NOTICE OF RESCHEDULING HEARING: The Jury Selection hearing previously scheduled for 01/05/2009 @ 1:30 p.m. is rescheduled. New scheduling date and time: Jury Selection set for Monday, 1/5/2009 09:00 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. CHANGE IS AS TO TIME OF JURY SELECTION ONLY.(LS) (Entered: 12/30/2008) |

| 12/30/2008 | 107 | CERTIFICATE OF SERVICE by Ideal Image Development Corporation re 101 Proposed verdict form filed, 100 Jury instructions - proposed (Knox, Steven) (Entered: 12/30/2008) |
| 12/29/2008 | 106 | PROPOSED verdict form filed byRandy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 12/29/2008) |
| 12/29/2008 | 105 | PROPOSED jury instructions by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 12/29/2008) |
| 12/29/2008 | 104 | PROPOSED voir dire questions by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 12/29/2008) |
| 12/29/2008 | 103 | STATEMENT of the case for trial by Randy Hetrick, Cindy Hetrick, Ideal Image Development Corporation. (Knox, Steven) (Entered: 12/29/2008) |
| 12/29/2008 | 102 | PROPOSED voir dire questions by Ideal Image Development Corporation. (Knox, Steven) (Entered: 12/29/2008) |
| 12/29/2008 | 101 | PROPOSED verdict form filed byIdeal Image Development Corporation. (Knox, Steven) (Entered: 12/29/2008) |
| 12/29/2008 | 100 | PROPOSED jury instructions by Ideal Image Development Corporation. (Knox, Steven) (Entered: 12/29/2008) |
| 12/24/2008 | 99 | RESPONSE in opposition re 96 MOTION for reconsideration re 90 Order on motion for summary judgmentOrder on motion to strike APPLICATION for certificate of appealability *PURSUANT TO 28 U.S.C. §1292(b) and Memorandum of Law* filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 12/24/2008) |
| 12/23/2008 | 98 | NOTICE of supplemental authority re 96 MOTION for reconsideration re 90 Order on motion for summary judgmentOrder on motion to strike APPLICATION for certificate of appealability *PURSUANT TO 28 U.S.C. §1292(b)* by Ideal Image Development Corporation (Knox, Steven) (Entered: 12/23/2008) |
| 12/16/2008 | 97 | TRIAL CALENDAR for the trial term ofJanuary, 2009. Jury Trial set during the January 2009 trial docket at 01:30 PM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 12/16/2008. (LS) (RFM). (Entered: 12/16/2008) |
| 12/16/2008 | 96 | MOTION for reconsideration re 90 Order on motion for summary judgmentOrder on motion to strike, APPLICATION for certificate of appealability *PURSUANT TO 28 U.S.C. §1292(b)* by Ideal Image Development Corporation. (Knox, Steven) (Entered: 12/16/2008) |
| 12/16/2008 | 95 | PRETRIAL ORDER. A jury trial is set on the Court's January, 2009, trial calendar to commence at 9:00 a.m. in Courtroom 14B of the Sam M. Gibbons United States Courthouse in Tampa, Florida. See Order for pretrial deadlines and procedures. Signed by Judge Virginia M. Hernandez Covington on 12/16/2008. (KAK) (Entered: |

| | | 12/16/2008) |
|---|---|---|
| 12/15/2008 | 94 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington: FINAL PRETRIAL CONFERENCE held on 12/15/2008. Court Reporter: Kerry Mercade (LS) (Entered: 12/15/2008) |
| 12/15/2008 | 93 | **** DOCUMENT TERMINATED, COUNSEL NOTIFIED TO REFILE USING TWO CODES **** MOTION for reconsideration, *Alternative Request to Certify an Interlocutory Appeal Pursuant to 28 U.S.C. Sect. 1292(b), and Incorporated Memo of Law* by Ideal Image Development Corporation. (Knox, Steven) Modified on 12/16/2008 (LYB). (Entered: 12/15/2008) |
| 12/15/2008 | 92 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 12/16/2008 @ 8:30a.m. is rescheduled. New scheduling date and time: Final Pretrial Conference set for 12/15/2008 at 03:00 PM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. CHANGE IS AS TO DATE & TIME. (LS) (Entered: 12/15/2008) |
| 12/15/2008 | 91 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 12/16/2008 @ 9:00 A.M. is rescheduled. New scheduling date and time: Final Pretrial Conference set for 12/16/2008 at 08:30 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. CHANGE IS AS TO TIME ONLY. (LS) (Entered: 12/15/2008) |
| 12/13/2008 | 90 | ORDER: Defendant Ideal Image's Dispositive Motion for Final Summary Judgment 70 is DENIED. Defendant Ideal Image's Motion to Strike Plaintiffs' Affidavits Filed in Opposition to Defendant's Motion for Summary Judgment 85 is DENIED. See Order for details. Signed by Judge Virginia M. Hernandez Covington on 12/13/2008. (KAK) (Entered: 12/13/2008) |
| 12/12/2008 | 89 | PRETRIAL STATEMENT by Randy Hetrick, Cindy Hetrick, Ideal Image Development Corporation. (Attachments: # 1 Exhibit Plaintiffs' Exhibit List, # 2 Exhibit Defendant's Exhibit List, # 3 Exhibit Defendant's Objections to Plaintiffs' Exhibits) (Knox, Steven) (Entered: 12/12/2008) |
| 10/20/2008 | 88 | RESPONSE in opposition re 85 MOTION to strike *Plaintiffs' Affidavits Filed in Opposition to Defendant's Motion for Summary Judgment* filed by Randy Hetrick, Cindy Hetrick. (Attachments: # 1 Affidavit of Randy Hetrick, # 2 Affidavit of Cindy Hetrick)(Sharpe, Kimberly) (Entered: 10/20/2008) |
| 10/20/2008 | 87 | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 12/12/2008, Final Pretrial Conference set for 12/16/2008 at 09:00 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington and the Jury Trial is set during the January 2009 trial term at 09:00 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 10/20/2008. (LS) (Entered: 10/20/2008) |
| 10/14/2008 | 86 | REPLY to response to motion re 70 MOTION for summary judgment *and supporting Memorandum of Law* filed by Ideal Image Development Corporation. (Knox, Steven) |

| 10/10/2008 | 85 | MOTION to strike *Plaintiffs' Affidavits Filed in Opposition to Defendant's Motion for Summary Judgment* by Ideal Image Development Corporation. (Knox, Steven) (Entered: 10/10/2008) |
| 10/10/2008 | 84 | **INCORRECT EVENT CODE USED; DOCUMENT TERMINATED: COUNSEL NOTIFIED ** MEMORANDUM in support re 70 Motion for summary judgment filed by Ideal Image Development Corporation. (Knox, Steven) Modified on 10/14/2008 (JLH). Modified on 10/14/2008 (JLH). (Entered: 10/10/2008) |
| 10/09/2008 | 83 | NOTICE by Randy Hetrick, Cindy Hetrick *OF FILING* (Attachments: # 1 Affidavit of Randy Hetrick)(Sharpe, Kimberly) (Entered: 10/09/2008) |
| 10/07/2008 | 82 | ENDORSED ORDER granting 80 Plaintiffs Randy Hetrick and Cindy Hetrick's Motion to Amend Briefing Schedule. The Court considers Plaintiffs' response to be timely filed. Defendant may file a reply to Plaintiffs' response on or before 10/10/08. Signed by Judge Virginia M. Hernandez Covington on 10/7/2008. (MTD) Modified on 10/7/2008 (MTD). (Entered: 10/07/2008) |
| 10/06/2008 | 81 | RESPONSE to motion re 70 MOTION for summary judgment *and supporting Memorandum of Law* filed by Randy Hetrick, Cindy Hetrick. (Attachments: # 1 Affidavit of Randy Hetrick, # 2 Affidavit of Cindy Hetrick)(Sharpe, Kimberly) (Entered: 10/06/2008) |
| 10/03/2008 | 80 | Second MOTION to amend/correct *Briefing Schedule* by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 10/03/2008) |
| 09/29/2008 | 79 | NOTICE OF RESCHEDULING HEARING: The Jury Trial previously scheduled for the November 2008 trial term is rescheduled. New scheduling date and time: Jury Trial is set for the December, 2008 trial term at 09:00 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. (LS) (Entered: 09/29/2008) |
| 09/23/2008 | 78 | ENDORSED ORDER granting 77 Unopposed Motion to Amend Briefing Schedule. Plaintiffs may file their response to Defendant's Motion for Summary Judgment no later than 10/3/2008. Defendant may file a reply to Plaintiffs' response no later than 10/10/2008. Signed by Judge Virginia M. Hernandez Covington on 9/23/2008. (MTD) (Entered: 09/23/2008) |
| 09/22/2008 | 77 | Unopposed MOTION to amend/correct *Briefing Schedule* by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 09/22/2008) |
| 09/18/2008 | 76 | NOTICE OF RESCHEDULING HEARING: The Pretrial Conference hearing previously scheduled for 10/10/2008 is rescheduled. New scheduling date and time: Pretrial Conference set for 11/13/2008 at 11:00 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. (LS) (Entered: 09/18/2008) |
| 09/12/2008 | 75 | ENDORSED ORDER granting 73 Joint Motion for extension of time. Plaintiffs may file their Response to Defendant's Motion for Summary Judgment 70 on or before September 22, 2008. Defendant may file a Reply to Plaintiffs' Response on or before September 29, 2008. Signed by Judge Virginia M. Hernandez Covington on |

| | | 9/12/2008. (MTD) (Entered: 09/12/2008) |
|---|---|---|
| 09/09/2008 | 74 | MEDIATION REPORT Hearing held on September 9, 2008 Hearing outcome: Impasse(Singletary, Cary) (Entered: 09/09/2008) |
| 09/08/2008 | 73 | Joint MOTION to Set Summary Judgment Briefing Schedule by Randy Hetrick, Cindy Hetrick, Ideal Image Development Corporation. (Knox, Steven) (Entered: 09/08/2008) |
| 09/02/2008 | 72 | DEPOSITION of Cynthia Brown Hetrick taken on August 18, 2008 re: 70 MOTION for summary judgment *and supporting Memorandum of Law* by Ideal Image Development Corporation.(Knox, Steven) (Entered: 09/02/2008) |
| 09/02/2008 | 71 | DEPOSITION of Randy Hetrick taken on August 18, 2008 re: 70 MOTION for summary judgment *and supporting Memorandum of Law* by Ideal Image Development Corporation. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Knox, Steven) (Entered: 09/02/2008) |
| 09/02/2008 | 70 | MOTION for summary judgment *and supporting Memorandum of Law* by Ideal Image Development Corporation. (Attachments: # 1 Exhibit)(Knox, Steven) (Entered: 09/02/2008) |
| 08/13/2008 | 69 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 10/10/2008 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 10/10/2008 at 09:45 AM in Courtroom 14 B before Judge Virginia M. Hernandez Covington. (LS) (Entered: 08/13/2008) |
| 08/06/2008 | 68 | NOTICE to counsel of new case number and judge assignment: 8:07-cv-871-T-33TBM (signed by deputy clerk). (JLH) (Entered: 08/06/2008) |
| 08/04/2008 | | Case Reassigned to Judge Virginia M. Hernandez Covington. New case number: 8:07-cv-871-T-33TBM. Judge James S. Moody, Jr no longer assigned to the case. (JLH) (Entered: 08/06/2008) |
| 07/31/2008 | 67 | SECOND ORDER appointing Cary Singletary as mediator in this action. MEDIATION Conference set for SEPTEMBER 9, 2008. Signed by Judge James S. Moody, Jr on 7/31/2008. (LN) (Entered: 07/31/2008) |
| 07/29/2008 | 66 | NOTICE of mediation to be held on 09/09/2008 @ 9:00 a.m. before Cary R. Singletary. (Sharpe, Kimberly) (Entered: 07/29/2008) |
| 07/15/2008 | 65 | SECOND ORDER REFERRING CASE to mediation and directing selection of a mediator on or before August 4, 2008. Lead counsel F. Wallace Pope, Jr. to coordinate dates. Mediation shall be conducted on or before September 15, 2008. Signed by Judge James S. Moody, Jr on 7/15/2008. (LN) (Entered: 07/15/2008) |
| 07/15/2008 | 64 | AMENDED NOTICE OF PRE-TRIAL CONFERENCE AND TRIAL: Jury Trial set for NOVEMBER 2008. Pretrial Conference RESCHEDULED for FRIDAY, 10/10/2008 at 9:30 AM in Courtroom 13A before Judge James S. Moody Jr. Time reserved: 15 minutes. (LN) (Entered: 07/15/2008) |
| 06/09/2008 | 63 | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Fact |

| | | Discovery due by 9/2/2008. Dispositive motions due by 9/2/2008. Pretrial Conference set for WEDNESDAY, 10/1/2008 at 9:30 AM in Courtroom 13A before Judge James S. Moody Jr. *** JURY TRIAL SET FOR NOVEMBER 2008 *** Signed by Judge James S. Moody, Jr on 6/9/2008. (LN) (Entered: 06/09/2008) |
|---|---|---|
| 06/09/2008 | 62 | ENDORSED ORDER granting 59 Plaintiffs' opposed Motion to continue pre-trial conference set for 6-10-08 at 8:45 a.m. Signed by Judge James S. Moody, Jr on 6/9/2008. (LN) (Entered: 06/09/2008) |
| 06/08/2008 | 61 | REPLY to response to motion re 59 MOTION to continue *Pretrial Conference, Reschedule Mediation and Reset Discovery Deadline and Incorporated Memorandum of Law* filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 06/08/2008) |
| 06/05/2008 | 60 | RESPONSE in opposition re 59 MOTION to continue *Pretrial Conference, Reschedule Mediation and Reset Discovery Deadline and Incorporated Memorandum of Law* filed by Ideal Image Development Corporation. (Knox, Steven) (Entered: 06/05/2008) |
| 06/04/2008 | 59 | MOTION to continue *Pretrial Conference, Reschedule Mediation and Reset Discovery Deadline and Incorporated Memorandum of Law* by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 06/04/2008) |
| 05/12/2008 | 58 | ANSWER and affirmative defenses to 40 Amended complaint *as to Counts III and V* by Ideal Image Development Corporation.(Knox, Steven) (Entered: 05/12/2008) |
| 04/22/2008 | 57 | ORDER: Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint, Motion for Enlargement of Time to Respond to Claims of CIRA (Dkt. 42) is GRANTED IN PART AND DENIED IN PART. Counts I, II, IV and VI of the Third Amended Complaint are dismissed. Defendant is directed to file an answer to Counts III and V of the Third Amended Complaint within twenty (20) days of the entry of this Order. Signed by Judge James S. Moody, Jr. on 4/22/2008. (SMB) (Entered: 04/22/2008) |
| 04/17/2008 | 56 | NOTICE canceling ORAL ARGUMENT hearing scheduled for 4/22/08 at 8:45 a.m. (SMB) (Entered: 04/17/2008) |
| 04/16/2008 | 55 | ENDORSED ORDER granting 54 Unopposed motion to withdraw 41 Motion to add third party plaintiff. 41 Motion to add third party plaintiff terminated. Signed by Judge James S. Moody, Jr. on 4/16/2008. (SMB) (Entered: 04/16/2008) |
| 04/15/2008 | 54 | Unopposed MOTION to withdraw 41 MOTION and Incorporated Memo to Add Party Plaintiff by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 04/15/2008) |
| 04/08/2008 | 53 | NOTICE OF HEARING on Motion 41 to Add Party Plaintiff: Motion Hearing set for TUESDAY, 4/22/2008 at 8:45 AM in Courtroom 13A before Judge James S. Moody Jr. Time reserved: 15 minutes. (LN) (Entered: 04/08/2008) |
| 04/07/2008 | 52 | REPLY to response to motion re 41 MOTION and Incorporated Memo to Add Party Plaintiff filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 04/07/2008) |

| 04/07/2008 | 51 | RESPONSE in opposition re 42 MOTION to dismiss Plaintiffs' Third Amended Complaint MOTION for extension of time to file answer or otherwise plead re 40 Amended complaint, filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 04/07/2008) |
| --- | --- | --- |
| 04/01/2008 | 50 | ENDORSED ORDER granting 49 Motion for Extension of Time to File Response to 42 MOTION to dismiss Plaintiffs' Third Amended Complaint. Responses due by 4/7/2008. Signed by Judge James S. Moody, Jr on 4/1/2008. (LN) (Entered: 04/01/2008) |
| 03/31/2008 | 49 | Unopposed MOTION for Extension of Time to File Response/Reply as to 42 MOTION to dismiss Plaintiffs' Third Amended Complaint MOTION for extension of time to file answer or otherwise plead re 40 Amended complaint, by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) Motions referred to Magistrate Judge Thomas B. McCoun III. (Entered: 03/31/2008) |
| 03/24/2008 | 48 | ENDORSED ORDER RE: Defendant's Response In Opposition to Plaintiffs' Motion to Add Party Plaintiff (Dkt. #43). Plaintiffs are directed to file a reply to Defendant's response on or before April 7, 2008. Signed by Judge James S. Moody, Jr on 3/24/2008.(LAA) (Entered: 03/24/2008) |
| 03/24/2008 | 47 | ENDORSED ORDER granting 45 Defendant's Motion to stay Mediation. Mediation shall be stayed until further notice by the Court. Signed by Judge James S. Moody, Jr on 3/24/2008.(LAA) (Entered: 03/24/2008) |
| 03/24/2008 | 46 | AMENDED NOTICE OF PRE-TRIAL CONFERENCE: Pretrial Conference rescheduled for TUESDAY, 6/10/2008 at 8:45 AM in Courtroom 13A before Judge James S. Moody Jr. Time reserved: 15 minutes. *** JURY TRIAL SET FOR JULY 2008 *** (LN) (Entered: 03/24/2008) |
| 03/21/2008 | 45 | MOTION to stay Mediation by Ideal Image Development Corporation. (Knox, Steven) (Entered: 03/21/2008) |
| 03/21/2008 | 44 | DECLARATION of re 43 Response in opposition to motion by Ideal Image Development Corporation. (Attachments: # 1 Exhibit Contribution Agreement, # 2 Exhibit Security Agreement)(Knox, Steven) (Entered: 03/21/2008) |
| 03/21/2008 | 43 | RESPONSE in opposition re 41 MOTION and Incorporated Memo to Add Party Plaintiff filed by Ideal Image Development Corporation. (Knox, Steven) (Entered: 03/21/2008) |
| 03/21/2008 | 42 | MOTION to dismiss Plaintiffs' Third Amended Complaint, MOTION for extension of time to file answer or otherwise plead re 40 Amended complaint, by Ideal Image Development Corporation. (Knox, Steven) (Entered: 03/21/2008) |
| 03/10/2008 | 41 | MOTION and Incorporated Memo to Add Party Plaintiff by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 03/10/2008) |
| 03/10/2008 | 40 | AMENDED COMPLAINT (THIRD) against Ideal Image Development Corporation with Jury Demand filed by Randy Hetrick, Cindy Hetrick. Related document: 25 |

| | | Amended complaint, filed by Cindy Hetrick, Randy Hetrick. (Attachments: # 1 Exhibit A, # 2 Exhibit A, # 3 Exhibit A, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D)(Sharpe, Kimberly) (Entered: 03/10/2008) |
|---|---|---|
| 02/28/2008 | 39 | ENDORSED ORDER granting in part and denying in part 37 Plaintiff's Motion for Extension of Time to Amend. Plaintiff may file an amended complaint on or before March 10, 2008. The remainder of the motion is denied. Signed by Judge James S. Moody, Jr on 2/28/2008.(LAA) (Entered: 02/28/2008) |
| 02/25/2008 | 38 | RESPONSE to motion re 37 MOTION for Extension of Time to Amend 25 Amended complaint, filed by Ideal Image Development Corporation. (Knox, Steven) (Entered: 02/25/2008) |
| 02/20/2008 | 37 | MOTION for Extension of Time to Amend 25 Amended complaint, by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 02/20/2008) |
| 01/24/2008 | 36 | ORDER: Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint 26 is GRANTED. Counts I and II of the Second Amended Complaint are dismissed with prejudice. Counts III and IV of the Second Amended Complaint are dismissed without prejudice with leave to amend. Plaintiffs' Second Amended Complaint is dismissed without prejudice with leave to amend. Plaintiffs may file an amended complaint within 30 days. Signed by Judge James S. Moody, Jr on 1/24/2008. (LN) (Entered: 01/24/2008) |
| 12/21/2007 | 35 | ORDER scheduling ** MEDIATION ** conference on APRIL 9, 2008, before Mediator Cary Singletary. Signed by Judge James S. Moody, Jr on 12/21/2007. (LN) (Entered: 12/21/2007) |
| 12/20/2007 | 34 | NOTICE of mediation to be held on April 9, 2008 at 9:00 a.m. before Cary R. Singletary. (Sharpe, Kimberly) (Entered: 12/20/2007) |
| 11/28/2007 | 33 | ORDER REFERRING CASE to mediation and directing selection of a mediator on or before December 28, 2007. Lead counsel F. Wallace Pope, Jr. to coordinate dates. Mediation shall be conducted on or before May 1, 2008. Signed by Judge James S. Moody, Jr on 11/28/2007. (LN) (Entered: 11/28/2007) |
| 11/27/2007 | 32 | ENDORSED ORDER denying 30 Defendant's Motion for leave to file Reply Memo. Signed by Judge James S. Moody, Jr on 11/27/2007. (LN) (Entered: 11/27/2007) |
| 11/21/2007 | 31 | RESPONSE in opposition re 30 MOTION for leave to file Reply *In Support of Motion to Dismiss Second Amended Complaint* filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 11/21/2007) |
| 11/13/2007 | 30 | MOTION for leave to file Reply *In Support of Motion to Dismiss Second Amended Complaint* by Ideal Image Development Corporation. (Knox, Steven) (Entered: 11/13/2007) |
| 11/07/2007 | 29 | RESPONSE in opposition re 26 MOTION to dismiss Plaintiffs' Second Amended Complaint and Supporting Memorandum of Law filed by Randy Hetrick, Cindy Hetrick. (Sharpe, Kimberly) (Entered: 11/07/2007) |

| 10/30/2007 | 28 | ENDORSED ORDER granting 27 Plaintiffs' Motion for Extension of Time to File Response/Reply to 26 MOTION to dismiss Plaintiffs' Second Amended Complaint. Responses due by 11/7/2007. Signed by Judge James S. Moody Jr. on 10/30/2007. (len) (Entered: 10/30/2007) |
| --- | --- | --- |
| 10/26/2007 | 27 | Unopposed MOTION for Extension of Time to File Response/Reply as to 26 MOTION to dismiss Plaintiffs' Second Amended Complaint and Supporting Memorandum of Law by all plaintiffs. (Sharpe, Kimberly) Motions referred to Magistrate Judge Thomas B. McCoun, III. (Entered: 10/26/2007) |
| 10/19/2007 | 26 | MOTION to dismiss Plaintiffs' Second Amended Complaint and Supporting Memorandum of Law by Ideal Image Development Corporation. (Knox, Steven) (Entered: 10/19/2007) |
| 10/05/2007 | 25 | AMENDED COMPLAINT *(Second Amended)* against all plaintiffs with Jury Demand filed by all plaintiffs. Related document: 2 Complaint filed by Cindy Hetrick, Randy Hetrick, 6 Amended complaint filed by Cindy Hetrick, Randy Hetrick. (Attachments: # 1 Exhibit A# 2 Exhibit A - Part II# 3 Exhibit A - Part III# 4 Exhibit A - Part IV# 5 Exhibit B# 6 Exhibit C)(Sharpe, Kimberly) (Entered: 10/05/2007) |
| 10/05/2007 | 24 | NOTICE by Randy Hetrick, Cindy Hetrick *of Substitution of Plaintiffs' Counsel* (Sharpe, Kimberly) (Entered: 10/05/2007) |
| 09/18/2007 | 23 | ORDER: Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint 9 is GRANTED without prejudice. Plaintiff has 20 days to file a Second Amended Complaint. Signed by Judge James S. Moody Jr. on 9/18/2007. (len) (Entered: 09/18/2007) |
| 09/17/2007 | 22 | ENDORSED ORDER denying 10 Defendant's Motion to stay discovery. Signed by Judge James S. Moody Jr. on 9/17/2007. (len) (Entered: 09/17/2007) |
| 09/04/2007 | 21 | MEMORANDUM in support re 9 Motion to dismiss *Plaintiff's First Amended Complaint* filed by Ideal Image Development Corporation. (Knox, Steven) (Entered: 09/04/2007) |
| 08/23/2007 | 20 | ENDORSED ORDER granting 17 Defendant's Motion for leave to file reply memorandum. Reply memorandum shall be filed on or before September 4, 2007. Signed by Judge James S. Moody Jr. on 8/23/2007. (len) (Entered: 08/23/2007) |
| 08/23/2007 | 19 | ENDORSED ORDER denying as moot 5 Defendant's Motion to dismiss. Signed by Judge James S. Moody Jr. on 8/23/2007. (len) (Entered: 08/23/2007) |
| 08/03/2007 | 18 | MEMORANDUM in opposition re 17 Motion for leave to file *Reply Memorandum* filed by Randy Hetrick, Cindy Hetrick. (Permesly, Breton) (Entered: 08/03/2007) |
| 08/02/2007 | 17 | MOTION for leave to file *Reply Memorandum* by Ideal Image Development Corporation. (Knox, Steven) (Entered: 08/02/2007) |
| 07/30/2007 | 16 | MEMORANDUM in opposition re 10 Motion to stay discovery filed by Randy Hetrick, Cindy Hetrick. (Permesly, Breton) (Entered: 07/30/2007) |
| 07/27/2007 | 15 | MEMORANDUM in opposition re 9 Motion to dismiss filed by Randy Hetrick, Cindy |

| | | Hetrick. (Permesly, Breton) (Entered: 07/27/2007) |
|---|---|---|
| 07/17/2007 | 14 | CASE MANAGEMENT AND SCHEDULING ORDER: Fact Discovery due by 11/30/2007. Dispositive motions due by 3/7/2008. Pretrial Conference set for WEDNESDAY, 6/4/2008 at 9:00 AM in Courtroom 13A before Judge James S. Moody Jr. *** JURY TRIAL SET FOR JULY 2008 *** Signed by Judge James S. Moody Jr. on 7/17/2007. (len) (Entered: 07/17/2007) |
| 07/17/2007 | 13 | ENDORSED ORDER granting 12 Plaintiffs' Motion for Extension of Time to File Response as to 9 MOTION to dismiss Plaintiffs' First Amended Complaint, 10 MOTION to stay discovery. Extension granted through July 30, 2007. Signed by Judge James S. Moody Jr. on 7/17/2007. (len) (Entered: 07/17/2007) |
| 07/13/2007 | 12 | Unopposed MOTION for Extension of Time to File Response/Reply as to 9 MOTION to dismiss Plaintiffs' First Amended Complaint *and Supporting Memorandum of Law*, 10 MOTION to stay discovery by all plaintiffs. (Permesly, Breton) Motions referred to Magistrate Judge Thomas B. McCoun, III. (Entered: 07/13/2007) |
| 07/05/2007 | 11 | CASE MANAGEMENT REPORT. (Permesly, Breton) (Entered: 07/05/2007) |
| 06/29/2007 | 10 | MOTION to stay discovery by Ideal Image Development Corporation. (Knox, Steven) Motions referred to Magistrate Judge Thomas B. McCoun, III. (Entered: 06/29/2007) |
| 06/29/2007 | 9 | MOTION to dismiss Plaintiffs' First Amended Complaint *and Supporting Memorandum of Law* by Ideal Image Development Corporation. (Knox, Steven) (Entered: 06/29/2007) |
| 06/14/2007 | 8 | ENDORSED ORDER granting 7 Motion for extension of time to answer or respond. Defendant's answer due 6/29/2007. Signed by Judge James S. Moody Jr. on 6/14/2007. (len) (Entered: 06/14/2007) |
| 06/13/2007 | 7 | Unopposed MOTION for extension of time to file answer or otherwise plead re 6 Amended complaint by Ideal Image Development Corporation. (Knox, Steven) Motions referred to Magistrate Judge Thomas B. McCoun, III. (Entered: 06/13/2007) |
| 06/08/2007 | 6 | AMENDED COMPLAINT against all defendants with Jury Demand filed by all plaintiffs. (Attachments: # 1 Exhibit A - pages 1-31# 2 Exhibit A - pages 32-63# 3 Exhibit A - pages 64-94# 4 Exhibit A - pages 95-122)(Permesly, Breton) (Entered: 06/08/2007) |
| 05/24/2007 | 5 | MOTION to dismiss Plaintiffs' Complaint *For Failure to State a Claim and Supporting Memorandum of Law* by Ideal Image Development Corporation. (Knox, Steven) (Entered: 05/24/2007) |
| 05/22/2007 | 4 | NOTICE of Appearance by Breton Harris Permesly on behalf of Randy Hetrick, Cindy Hetrick (Permesly, Breton) (Entered: 05/22/2007) |
| 05/22/2007 | 3 | NOTICE of designation under Local Rule 3.05 - track 2 issued by Deputy Clerk on 5/22/2007. (smb) (Entered: 05/22/2007) |
| 05/21/2007 | 2 | COMPLAINT against Ideal Image Development Corporation; jury demand filed by |

| | | Randy Hetrick, Cindy Hetrick.(mrh) (Entered: 05/21/2007) |
|---|---|---|
| 05/21/2007 | 1 | NOTICE OF REMOVAL from the 13th Judicial Circuit, in and for Hillsborough County, Florida, case number 07-4959 DIV J filed in State Court on 04/26/07. Filing fee $ 350, receipt number T041633; filed by Ideal Image Development Corporation. (Attachments: # 1)(mrh) (Entered: 05/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/23/2011 10:45:42 | | | |
| **PACER Login:** | ag0056 | **Client Code:** | azd25666.3 |
| **Description:** | Docket Report | **Search Criteria:** | 8:07-cv-00871-VMC-TBM |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |