UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-CV-61652-BLOOM/GOODMAN

MDS (CANADA), INC.,
    a Canadian corporation,

BEST THERATRONICS, LTD.,
    a Canadian corporation, and

BEST MEDICAL INTERNATIONAL, INC.,
    a Virginia corporation,

    Plaintiffs,

vs.

RAD SOURCE TECHNOLOGIES, INC.,
    a Florida corporation,

    Defendant.
_____/

**JOINT NOTICE
CONCERNING STATUS AND DISPOSITION OF PLAINTIFF'S APPEAL**

PLEASE TAKE NOTICE that, pursuant to the Court's December 1, 2011 Order [DE 383], Defendant Rad Source Technologies, Inc. ("Rad Source") and Plaintiffs MDS (Canada) Inc., Best Theratronics, Ltd. and Best Medical International, Inc. (collectively, "Plaintiffs") hereby notify the Court that Plaintiff's appeal of this case has concluded before the Eleventh Circuit and that Plaintiffs are contemplating further appeal to the United States Supreme Court.  Pursuant to the Mandate of the United States Court of Appeals for the Eleventh Circuit on file with the Court [DE 392], the judgment of the

Court has been affirmed and the deadline for filing a Petition for Writ of Certiorari is within ninety days.

As a result, the parties believe that it would be appropriate for the Court to continue its stay on Rad Source's pending Verified Motion for Attorneys' Fees and Cost [DE 369] (the "Fees Motion"), which is premised on Fla. Stat § 768.79, until Plaintiff notifies the Court of its decision with regard to the possibility of filing a Petition for Writ of Certiorari.  The Parties request a teleconference hearing regarding these matters if the Court believes such a hearing would be of assistance to it.

By way of background, given the stay, Plaintiffs have not filed their response to the Fees Motion.   Moreover, Rad Source believes that it will need to supplement the amount of fees and costs identified in the Fees Motion to account for the additional fees and costs incurred by it following the filing of the Fees Motion, including during the appeal and in connection with any potential further appeal of this case.

In that regard, Rad Source is contemporaneously filing a Motion to Transfer Consideration of Attorneys' Fees and Costs on Appeal with the Eleventh Circuit Court of Appeals, pursuant to 11th Cir. R. 39-2(d), requesting that the appellate court transfer to this Court consideration of an award of Rad Source's attorneys' fees and costs incurred in connection with Nordion-Best's unsuccessful appeal under Fla. Stat. § 768.79.  *See Frosti v. Creel*, 979 So. 2d 912, 917 (Fla. 2008) (holding that § 768.79 applies to attorney fees incurred on appeal).

Respectfully submitted, this 9th day of February, 2015.

s/ Leonard Ortiz
Leonardo N. Ortiz (Florida Bar No. 0496219)
Leonardo Ortiz, P.A.
1909 Harrison St., Suite 112
Hollywood, Florida 33020
954.483.9804 [TEL]

lno@leonardoortizpa.com

*Admitted Pro Hac Vice*

Robert M. Moore
Kristen A. Bennett

Moore & Lee, LLP
1751 Pinnacle Dr, Suite 1100
McLean, VA 22102
Telephone:  (703) 506-2050
Facsimile:  (703) 506-2051

*Attorneys for Plaintiffs*

s/ Kenneth Hartmann
Kenneth R. Hartmann (Florida Bar No. 664286)
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Miami, Florida 33134
305.372.1800 [TEL]
305.372.3205 [FAX]
krh@kttlaw.com

*Admitted Pro Hac Vice:*

ARNALL GOLDEN GREGORY LLP

Scott E. Taylor
Richard Mitchell
Anuj Desai
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501
anuj.desai@agg.com

*Admitted Pro Hac Vice:*

David E. Huizenga, Esq., Ph.D.
3845 River Hollow Run
Duluth, Georgia 30096
678.592.3447 [TEL]
770.447.9349 [FAX]
dehuizenga@gmail.com

*Attorneys for*
*Defendant Rad Source Technologies, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Robert M. Moore
Kristen A. Bennett
MOORE & LEE, LLP
1751 Pinnacle Dr, Suite 1100
McLean, VA 22102

Leonardo N. Ortiz, Jr.
Lenoard Ortiz, P.A.
1909 Harrison St., Suite 112
Hollywood, Florida 33020

              s/ Kenneth Hartmann
              Kenneth Hartman, Esq.

4003.101.360271