UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-CV-61652-BLOOM/GOODMAN

MDS (CANADA), INC.,
    a Canadian corporation,

BEST THERATRONICS, LTD.,
    a Canadian corporation, and

BEST MEDICAL INTERNATIONAL, INC.,
    a Virginia corporation,

    Plaintiffs,

vs.

RAD SOURCE TECHNOLOGIES, INC.,
    a Florida corporation,

    Defendant.
_____/

**JOINT NOTICE
CONCERNING STATUS OF APPEAL AND REQUEST FOR
TELEPHONE CONFERENCE**
_____

PLEASE TAKE NOTICE that Plaintiffs MDS (Canada) Inc., Best Theratronics, Ltd. and Best Medical International, Inc. (collectively, "MDS and Best" or "Plaintiffs") have chosen to not further appeal this matter. There remains pending before this court Defendant Rad Source Technologies, Inc.'s ("Rad Source" or "Defendant") Verified Motion for Attorneys' Fees and Cost [DE 369] (the "Fees Motion") which has been stayed pending the completion of the appeal. Additionally, Defendant seeks to supplement the amount of fees and costs identified in the Fees Motion incurred during the appeal. The United States Court of Appeals for the Eleventh Circuit has granted Defendant's Motion to Transfer Consideration of Attorneys' Fees and Costs on

1

Appeal to this Court as set forth in its May 4, 2015 Order.

The Parties have conferred and have agreed upon a proposed schedule for the remaining briefing on the Fees Motion and request a teleconference hearing regarding these matters. The schedule proposed by the Parties is as follows:

a. Rad Source will supplement its briefing to incorporate its appellate fees within 21 days of the entry of a scheduling order;

b. MDS and Best will file a response to Rad Source's Fees Motion within 21 days of the filing of Rad Source's supplemental brief; and

c. Rad Source will file any reply brief within 14 days of the filing by MDS and Best.

Respectfully submitted, this 26th day of June, 2015.

| | |
|---|---|
| s/ Leonardo Ortiz | s/ Kenneth Hartmann |
| Leonardo N. Ortiz (Florida Bar No. 0496219) | Kenneth R. Hartmann (Florida Bar No. 664286) |
| Leonardo Ortiz, P.A. | Kozyak Tropin & Throckmorton |
| 1909 Harrison St., Suite 112 | 2525 Ponce de Leon Blvd., 9th Floor |
| Hollywood, Florida 33020 | Miami, Florida 33134 |
| 954.483.9804 [TEL] | 305.372.1800 [TEL] |
| lno@leonardoortizpa.com | krh@kttlaw.com |
| | |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice:* |
| | |
| MOORE & LEE, LLP | ARNALL GOLDEN GREGORY LLP |
| | |
| Robert M. Moore | Scott E. Taylor |
| Kristen A. Bennett | Richard A. Mitchell |
| | Anuj Desai |
| 1751 Pinnacle Dr, Suite 1100 | 171 17th Street, NW, Suite 2100 |
| McLean, VA 22102 | Atlanta, Georgia 30363 |
| Telephone: (703) 506-2050 | Telephone: (404) 873-8500 |
| Facsimile: (703) 506-2051 | Facsimile: (404) 873-8501 |
| K.Bennett@mooreandlee.com | anuj.desai@agg.com |
| *Attorneys for Plaintiffs* | |

*Admitted Pro Hac Vice:*

David E. Huizenga, Esq., Ph.D.
3845 River Hollow Run
Duluth, Georgia 30096
678.592.3447 [TEL]
dehuizenga@gmail.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

    Arnall Golden Gregory LLP
    Scott E. Taylor, Esq.
    Richard A. Mitchell, Esq.
    Anuj Desai, Esq.
    171 17th Street, NW Suite 2100
    Atlanta, Georgia 30363

    Kozyak Tropin & Throckmorton
    Kenneth R. Hartman, Esq.
    2525 Ponce de Leon Blvd. 9th Floor
    Miami, Florida 33134

    Huizenga Legal Services, Inc.
    David E. Huizenga, Esq.
    3845 River Hollow Run
    Duluth, Georgia 30096

   *Attorneys for Defendant Rad Source Technologies, Inc.*

                                    s/ Leonardo Ortiz
                                    Leonardo Ortiz