UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-CV-61652-BLOOM/VALLE

MDS (CANADA), INC.,
    a Canadian corporation,

BEST THERATRONICS, LTD.,
    a Canadian corporation, and

BEST MEDICAL INTERNATIONAL, INC.,
    a Virginia corporation,

    Plaintiffs,

vs.

RAD SOURCE TECHNOLOGIES, INC.,
    a Florida corporation,

    Defendant.
_____/

## NOTICE OF PREVIOUSLY AWARDED FEES AND COSTS

**PLEASE TAKE NOTICE** that, pursuant to the Court's July 31, 2015 Order [DE 407], Defendant Rad Source Technologies, Inc. ("Rad Source") hereby notifies the Court as follows:

Rad Source's undersigned counsel have had no fee or cost awards granted in the Southern District of Florida within the past two years. As a result, there are no cases to report responsive to the Court's Order.

1

Respectfully submitted,


By: s/ Kenneth Hartmann
Kenneth R. Hartmann
Florida Bar No. 664286
KOZYAK TROPIN & THROCKMORTON LLP
2525 Ponce de Leon Blvd.
9th Floor
Miami, Florida 33134
305.372.1800 [TEL]
305.372.3205 [FAX]
krh@kttlaw.com

*Admitted Pro Hac Vice:*

ARNALL GOLDEN GREGORY LLP

Scott E. Taylor
Richard Mitchell
Anuj Desai
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501
anuj.desai@agg.com

*Admitted Pro Hac Vice:*

David E. Huizenga, Esq., Ph.D.
3845 River Hollow Run
Duluth, Georgia 30096
678.592.3447 [TEL]
770.447.9349 [FAX]
dehuizenga@gmail.com

*Attorneys for Defendant Rad Source Technologies, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court this 6th day of August, using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Robert M. Moore
Kristen A. Bennett
MOORE & LEE, LLP
1751 Pinnacle Dr, Suite 1100
McLean, VA 22102

Leonardo N. Ortiz, Jr.
Lenoard Ortiz, P.A.
1909 Harrison St., Suite 112
Hollywood, Florida 33020

By: /s/Kenneth Hartmann             
　　　　Kenneth Hartman